U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 0 9 2009

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

FRANKIE BELL                              CIVIL ACTION NO. 09-0228
    FED. REG. #00146-099
VS.                                       SECTION P
                                          JUDGE DRELL
WARDEN JOE KEFFER                         MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** for failing to state a claim for which relief might be granted.

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this ___9___ day of ___September___, 2009.

                              DEE D. DRELL
                              UNITED STATES DISTRICT JUDGE